IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Lynchburg Division)

| | |
|---|---|
| **TRE'MANE FUQUA,**<br><br>     **Plaintiff,**<br><br>v.<br><br>**CENTRA HEALTH, INC., et al.**<br><br>     **Defendants.** | Case No. 6:23-cv-00065 |

## **PROPOSED ORDER**

This matter is before the Court on Defendant Centra Health, Inc.'s ("Centra") Consent Motion for Extension of Time to File Responsive Pleadings.

The Court, finding that Plaintiff Tre'Mane Fuqua consents to the extension and that good cause exists, hereby GRANTS the motion. Centra is ORDERED to file any responsive pleadings by March 1, 2024.

IT IS SO ORDERED.

Dated: _____           _____
                                                                            United States District Judge