IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Lynchburg Division)

TRE'MANE FUQUA,

    Plaintiff,

v.

CENTRA HEALTH, INC., et al.

    Defendants.

Case No. 6:23-cv-00065

### ORDER

This matter is before the Court on Defendant Centra Health, Inc.'s ("Centra") Consent Motion for Extension of Time to File Responsive Pleadings. Dkt. 7.

The Court, finding that Plaintiff Tre'Mane Fuqua consents to the extension and that good cause exists, hereby GRANTS the motion. Dkt. 7. Centra is ORDERED to file any responsive pleadings by March 1, 2024.

IT IS SO ORDERED.

The Clerk of Court is directed to send a copy of this Order to all counsel of record.

Dated: January 31, 2024

United States District Judge