IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Lynchburg Division)

| | |
|---|---|
| TRE'MANE FUQUA,<br><br>    Plaintiff,<br><br>v.<br><br>CENTRA HEALTH, INC., et al.<br><br>    Defendants. | Case No. 6:23-cv-00065 |

## MOTION TO WITHDRAW AS COUNSEL FOR CENTRA HEALTH, INC.

The undersigned counsel, pursuant to Western District of Virginia Local Rule 6(i), hereby moves to withdraw as counsel of record in this case for Defendant Central Health, Inc. ("Centra"). Centra will be represented in this matter by Matthew W. Lee of Wilson Elser Moskowitz Edelman & Dicker, LLP, who has already noted an appearance on Centra's behalf. Accordingly, Centra is not and will not be prejudice by the withdrawal of the undersigned counsel.

WHEREFORE, the undersigned counsel respectfully requests that the Court enter an Order granting counsel's motion to withdraw in this matter.

Respectfully submitted,

/s/*Jamie H. Wood*
Elizabeth Guilbert Perrow (VSB No. 42820)
J. Benjamin Rottenborn (VSB No. 84796)
Jamie H. Wood (VSB No. 97297)
WOODS ROGERS VANDEVENTER BLACK PLC
P.O. Box 14125
Roanoke, VA 24038-4125
Phone: (540) 983-7600
Fax: (540) 983-7711
elizabeth.perrow@wrvblaw.com
ben.rottenborn@wrvblaw.com
jamie.wood@wrvblaw.com

**CERTIFICATE OF SERVICE**

  I certify that on February 28, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                     /s/ *Jamie H. Wood*