IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Lynchburg Division)

| | |
|---|---|
| **TRE'MANE FUQUA,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**CENTRA HEALTH, INC., et al.**<br><br>    **Defendants.** | Case No. 6:23-cv-00065 |

**PROPOSED ORDER**

The Court, finding good cause exists, hereby GRANTS counsel's Motion to Withdraw as Counsel for Centra Health, Inc. (ECF No. __).

IT IS SO ORDERED.

Dated: _____            _____
                                                                        United States District Judge