CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
2/29/2024
LAURA A. AUSTIN, CLERK
BY: s/ CARMEN AMOS
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Lynchburg Division)

| | |
|---|---|
| **TRE'MANE FUQUA,** | |
| Plaintiff, | |
| v. | Case No. 6:23-cv-00065 |
| **CENTRA HEALTH, INC., et al.** | |
| Defendants. | |

## ORDER

This matter is before the Court on Defendant Centra Health, Inc.'s ("Centra") Consent Motion for Extension of Time to File Responsive Pleadings.

The Court, finding that Plaintiff Tre'Mane Fuqua consents to the extension and that good cause exists, hereby GRANTS the motion. Centra is ORDERED to file any responsive pleadings by April 1, 2024.

IT IS SO ORDERED.

Dated: February 29, 2024

SENIOR UNITED STATES DISTRICT JUDGE

293609981v.1