CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
2/29/2024
LAURA A. AUSTIN, CLERK
BY: s/ CARMEN AMOS
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Lynchburg Division)

| | |
|---|---|
| **TRE'MANE FUQUA,**<br><br>　Plaintiff,<br><br>v.<br><br>**CENTRA HEALTH, INC., et al.**<br><br>　Defendants. | Case No. 6:23-cv-00065 |

## ORDER

The Court, finding good cause exists, hereby GRANTS counsel's Motion to Withdraw as Counsel for Centra Health, Inc. (ECF No. 10).

IT IS SO ORDERED.

Dated: __February 29, 2024__

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE