IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Lynchburg Division)

| | |
|---|---|
| TRE'MANE FUQUA,<br><br>    Plaintiff,<br><br>v.<br><br>CENTRA HEALTH, INC., et al.<br><br>    Defendants. | Case No. 6:23-cv-00065 |

### ORDER OF DISMISSAL WITH PREJUDICE

UPON CONSIDERATION of the Parties' request under Federal Rule of Civil Procedure 41 to dismiss this lawsuit with prejudice, it is this _____ day of _____, 2024, hereby:

ORDERED that this action be and is hereby dismissed with prejudice; and it is,

FURTHER ORDERED that each party shall bear his/its own fees and costs; and it is further, and it is

FURTHER ORDERED that this matter shall be stricken from the active cases docket; and it is further, and it is

FURTHER ORDERED that the Clerk shall send certified copies of this order to all counsel of record.

THIS ORDER IS FINAL.

                                                         _____
                                                         Hon. Norman K. Moon
                                                         United State District Judge

WE ASK FOR THIS:

*[signature]*
_____
Matthew W. Lee (VSB No. 40067)
Haley B. Mathis (VSB No. 97970)
WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER, LLP
8444 Westpark Drive, Suite 510
McLean, Virginia 22102
703.245.9300
703.245.9301 (Facsimile)
Matthew W. Lee@wilsonelser.com
Haley.Mathis@wilsonelser.com
*Counsel for Defendants*


*[signature]*
_____
Paul Valois (VSB No. 72326)
JAMES RIVER LEGAL ASSOCIATES
7601 Timberlake Road
Lynchburg, Virginia 24502
434.845.4529
434.845.8536
mvalois@vbclegal.com
*Counsel for Plaintiff*